ACCEPTED
15-25-00165-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 4:49 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00165-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 4:49:53 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**Tap Rock Operating, LLC,**

*Appellant,*

**v.**

**Texas Fabco Solutions, Inc.,**

*Appellee.*

On Appeal from the 424th District Court, Blanco County, Texas
Trial Court Cause No. CV09710
Hon. Evan Stubbs, Presiding

## APPELLANT'S NOTICE OF APPEARANCE
## OF ADDITIONAL APPELLATE COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Appellant Tap Rock Operating, LLC gives notice that Maha Ghyas of WRIGHT CLOSE BARGER & GUZMAN, LLP, One Riverway, Suite 2200, Houston, Texas 77056, Telephone: 713-572-4321, Fax: 713-572-4320, will appear as additional counsel for Appellant.

Appellant has approved this appearance of additional counsel and requests that all filings and notices in this case be copied on the above

counsel, as well as on the current counsel of record for Tap Rock Operating, LLC.

Respectfully submitted,

/s/ Maha Ghyas

Jessica Z. Barger
State Bar No. 24032706
Heidi J. Gumienny
State Bar No. 24036696
Maha Ghyas
State Bar No. 24138115
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
barger@wrightclosebarger.com
gumienny@wrightclosebarger.com
mghyas@wrightclosebarger.com

M. Matt Jett
State Bar No. 24068684
Tim Redden, Jr.
State Bar No. 24099654
HALL MAINES LUGRIN, PC
2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056
(713) 871-9000 (Phone)
(713) 871-8962 (Facsimile)
mjett@hallmaineslugrin.com
tredden@hallmaineslugrin.com

**COUNSEL FOR APPELLANT**
**TAP ROCK OPERATING, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 18th day of November 2025.

*/s/ Maha Ghyas*
Maha Ghyas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Silva on behalf of Maha Ghyas
Bar No. 24138115
silva@wrightclosebarger.com
Envelope ID: 108200628
Filing Code Description: Other Document
Filing Description: 251118 Appellant's Notice of Appearance of Additional Appellate Counsel
Status as of 11/19/2025 8:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Z.Barger | | barger@wrightclosebarger.com | 11/18/2025 4:49:53 PM | SENT |
| Heidi J.Gumienny | | gumienny@wrightclosebarger.com | 11/18/2025 4:49:53 PM | SENT |
| Matt Jett | | mjett@hallmaineslugrin.com | 11/18/2025 4:49:53 PM | SENT |
| Tim Redden, Jr. | | tredden@hallmaineslugrin.com | 11/18/2025 4:49:53 PM | SENT |
| Larry D.Warren | | lwarren@namanhowell.com | 11/18/2025 4:49:53 PM | SENT |
| Maha Ghyas | | mghyas@wrightclosebarger.com | 11/18/2025 4:49:53 PM | SENT |